UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN F. LONG,                          )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )        Civil Action No. 10 2340
                                        )
KENT CUSHENBERRY,                       )
                                        )
            Defendant.                  )

## MEMORANDUM OPINION

On December 6, 2010, the Clerk of Court received fifteen *pro se* complaints from the plaintiff, and to each she attached an application to proceed *in forma pauperis*. The Court consolidates these fifteen filings for purposes of this Memorandum Opinion.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The plaintiff's complaints are utterly incomprehensible. It is impossible to decipher what claim or claims the plaintiff brings, and under no circumstances could the defendants craft proper responses. The pleadings contain neither a short and plain statement of this court's jurisdiction,

1

nor a short and plain statement showing the plaintiff's entitlement to relief, nor a demand for any particular relief. Instead, the complaints consist of "scribbling and disjointed phrases [which] fail[] to provide any notice of a claim or the basis of federal court jurisdiction." *Long v. Lanier*, No. 10-2108 (D.D.C. Dec. 13, 2010) (Memorandum Opinion). Accordingly, the complaints will be dismissed because they fail to comply with Rule 8(a).[1] An Order consistent with this Memorandum Opinion is issued separately.

_____
United States District Judge

DATE: 12/20/10

_____

[1]    The plaintiff is advised that, because she has filed several similar complaints recently, the Court may impose restrictions on her ability to file cases in this Court.